**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL STEELMAN, LTD., a Nevada Professional Corporation

    Plaintiffs,

VS.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY, A Georgia Insurance Corporation; DOES 1-100; ROE CORPORATION 1-100,

    Defendants,

**CASE NUMBER: 2:08-CV-1359-LDG-RJJ**
**AMENDED**
**ORDER REFERRING CASE FOR A SETTLEMENT CONFERENCE**

    This case is currently stacked on the calendar of **TUESDAY, SEPTEMBER 28, 2010** for Jury trial to begin on Monday, **OCTOBER 4, 2010** In LV courtroom 6B before the Honorable Judge Lloyd D. George. (This is a 2 week trial stack)

    **IT IS ORDERED** that this case is hereby referred to **Magistrate Judge, Robert J. Johnston** for settlement conference.

DATED this 1 day of July 2010

LLOYD D. GEORGE
United States Senior District Judge