# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAUL STEELMAN, LTD.,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

    Defendant.

Case No. 2:08-cv-01359-LDG (RJJ)

**ORDER**

    On May 28, 2010, the defendant, Westchester Surplus Lines Insurance Company, filed an objection (#71) to the Magistrate Judge's Minute Order entered May 7, 2010, granting, in part, plaintiff Paul Steelman, Ltd.'s Motion to Compel.

    Westchester also filed, on May 28, 2010, a document captioned as "Defendant's motion for 1) Clarification of Discovery Order; and 2) Extension of Time to Respond to Same." The document was docketed, however, solely as a motion to extend time. See #71. Subsequently (on June 14, 2010), the docket was corrected and Defendant's motion for clarification was docketed. See #80. The motion for clarification and the motion for extension of time, which are intended for consideration by the Magistrate Judge, address the same issues raised by Westchester's objection to the May 7, 2010, Minute Order.

Stated otherwise, until the Magistrate Judge considers and decides Westchester's motions for clarification and extension of time, Westchester's objection, as filed with this court, is not yet ripe.

The court acknowledges that Westchester filed its objection to preserve its appellate record. Accordingly, at this point the court will deny the motion without prejudice, and will accept–as timely–any objection filed within fourteen days subsequent to the Magistrate Judge's ruling on the pending motions for clarification and extension of time that have been referred to him. Therefore,

THE COURT **ORDERS** that Westchester Surplus Lines Insurance Company's Objection to Magistrate Judge's Order or Motion to Compel (#71) is DENIED without prejudice as premature.

DATED this  14  day of July, 2010.

_____
Lloyd D. George
United States District Judge