UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAUL STEELMAN, LTD., etc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WESTCHESTER SURPLUS LINES ) <br> INSURANCE COMPANY, etc., *et al.*, ) <br> ) <br> Defendant, ) | 2:08-cv-1359-LDG-RJJ <br><br><br> O R D E R |

This matter is before the Court on the Affidavit of Michael J. Roche in Support of Request for Attorneys' Fees in Connection With Motion to Compel Discovery (#62).

The Court having reviewed the Affidavit and Request for Attorneys' Fees (#62), the Response (#67) and having heard the representations and argument of counsel at a hearing on the Request (#62) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Request for Attorneys' Fees (#62) is **GRANTED IN PART AND DENIED IN PART.**

IT IS FURTHER ORDERED that Plaintiff is awarded reasonable costs, including attorneys' fees incurred in bringing the Motion to Compel (#46) in the amount of $6,000.00 in attorneys' fees and $1,285.67 in costs, for a total award of $7,285.67.

IT IS FURTHER ORDERED that the Request for Attorneys' Fees (#62) is DENIED as to all other requests.

DATED this  5th   day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge