# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Paul Steelman Ltd

Plaintiff,

V.

Westchester Surplus Lines Insurance Co et al

Defendants.

**JUDGMENT IN A CIVIL CASE**
**FOR ATTORNEY FEES**

Case Number: 2:08-CV-1359 LDG-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the Request for Attorneys is GRANTED IN PART AND DENIED IN PART. Plaintiff is awarded reasonable costs, including attorneys fees incurred in bringing the Motion to Compel in the amount of $6,000.00 in attorneys fees and $1,285.67 in costs, for a total award of $7,285.67.

October 6, 2010

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk