1  PHILLIP S. LORENZO, ESQ.
   Admitted *Pro Hac Vice*
2  MICHAEL G. MARTIN, ESQ.
   Admitted *Pro Hac Vice*
3  JAMES E. DALLNER, ESQ.
   Admitted *Pro Hac Vice*
4  LATHROP & GAGE LLP
   370 17th Street, Suite 4650
5  Denver, Colorado 80202
   (720) 931-3200
6
   Attorneys for Plaintiff
7
   SHERI THOME, ESQ.
8  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
   300 South Fourth Street, Suite 1100
9  Las Vegas, Nevada 89101
10
   Attorneys for Defendant
11
## UNITED STATES DISTRICT COURT
12
## DISTRICT OF NEVADA
13

| | |
|---|---|
| PAUL STEELMAN, LTD., a Nevada Professional Corporation, | CASE NO. 2:08-cv-01359-LDG-RJJ |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Insurance Corporation; DOES 1-100; ROE CORPORATIONS 1-100, | |
| Defendants. | |

Plaintiff, Paul Steelman, Ltd. ("Steelman"), and Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), by their respective attorneys, stipulate to the dismissal of all claims, with prejudice, pursuant to the terms of the Settlement Agreement between the parties dated October 15, 2010.

///

///

///

1   WHEREFORE, the parties respectfully request that the Court enter an Order dismissing
2   all claims in this action with prejudice, with each party to bear their own fees and costs.

3

4   Dated this 23rd day of November, 2010.

5
6   By:/s/ *Phillip S. Lorenzo*
    PHILLIP S. LORENZO, ESQ.
    admitted *pro hac vice*
7   MICHAEL G. MARTIN, ESQ.
    admitted *pro hac vice*
8   JAMES E. DALLNER, ESQ.
    admitted *pro hac vice*
9   LATHROP & GAGE LLP
    370 17th Street, Suite 4650
10  Denver, Colorado 80202
    (720) 931-3200
11
12  ATTORNEYS FOR PLAINTIFF

13
14  By:/s/ *Sheri Thome*
    SHERI THOME, ESQ.
    WILSON, ELSER, MOSKOWITZ,
15  EDELMAN & DICKER, LLP
    300 South Fourth Street, Suite 1100
16  Las Vegas, Nevada 89101
17  ATTORNEYS FOR DEFENDANT

18  IT IS SO ORDERED.

19  _____
20  UNITED STATES DISTRICT JUDGE

21  DATED this ___3___ day of December, 2010.

22
23
24
25
26
27
28